# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ROCK HILL DIVISION

| | |
|---|---|
| Brenda M. Johnson,              ) | |
|                                 ) | |
|     Plaintiff,    ) | Civil Action No.  0:10-1014-TLW-PJG |
| vs.                             ) | |
|                                 ) | ORDER |
| MICHAEL J. ASTRUE,              ) | |
| COMMISSIONER OF SOCIAL          ) | |
| SECURITY ADMINISTRATION,        ) | |
|                                 ) | |
|     Defendant,    ) | |
| _____  ) | |

On January 7, 2011, counsel for the Plaintiff, Brenda M. Johnson, filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $2,511.94 for fees (14.3 hours at $175.66 per hour) and $350.00 for costs. The defendant has notified the Court that "in the interest of conserving litigation and judicial resources, he will not oppose Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act."

Therefore, without opposition, **IT IS HEREBY ORDERED** that the plaintiff's motion for attorney's fees in the amount of $2,511.94 and costs in the amount $350.00 is **GRANTED**.

                                                   s/ Terry L. Wooten

                                                   TERRY L. WOOTEN

                                                   UNITED STATES DISTRICT JUDGE

February 1, 2011
Florence, SC